**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**

In re:

C & C Trenching                                          Case No. 08-51403
                                                         Chapter  7
Debtor(s)                                                Judge Preston
                                                         SSN:  xxx-xx-2336

**NOTICE TO THE CLERK OF THE COURT**
**SMALL UNCLAIMED FUNDS AND DIVIDENDS**

The attached check in the amount of $11.74 represents the total sum of unclaimed funds and small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The names and addresses of the parties entitled to those small dividends and unclaimed funds are as follows:

| CREDITOR NAME AND ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| Regional Income Tax Agency<br>Attn: Legal Department<br>P.O Box 470537<br>Broadview Heights, Ohio 44147 | 9 | $11.74 |
| Total Unclaimed/Small<br>Dividends $25.00 or under | | Total Unclaimed<br>Dividends Over $25.00 |
| $11.74 | | |

                                              /s/ *William Todd Drown*
Date:  September 22, 2011                     William Todd Drown, Case Trustee

cc:  U.S. Trustee